134 A.3d 26

IN THE MATTER OF PHILIP ALEXANDER GOIRAN, AN
ATTORNEY AT LAW (ATTORNEY NO. 045891995).

April 26, 2016.

## ORDER

This matter have been duly presented pursuant to *Rule* 1:20–10(b), following a granting of a motion for discipline by consent in DRB 15–215 of **PHILIP ALEXANDER GOIRAN** of **DENVER, COLORADO,** who was admitted to the bar of this State in 1995;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 8.4(b) (commission of a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer);

And the parties having agreed that respondent's conduct Violated *RPC* 8.4(b), and that said conduct warrants a censure or lesser discipline;

And the Disciplinary Review Board having determined that a censure is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. XIV–2012–0226E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **PHILIP ALEXANDER GOIRAN** of **DENVER, COLORADO** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.